```
 1                    UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF WASHINGTON

 3   11 R SALES, INC., a Washington
     corporation,                           Nos. CV-07-3006-FVS
 4                                               CV-07-3007-FVS
                 Plaintiff,                      CV-07-3062-FVS
 5
            v.
 6                                          **ORDER CONSOLIDATING CASES
     ROBERT YARTO, STEVE WINKLER, and       AND AMENDING CAPTION**
 7   YARTO INTERNATIONAL GROUP, L.P.,
                                            **NOW  CV-07-3006-FVS**
 8               Defendants.

 9   JEFF LUBLIN, in his separate
     capacity, JAVIER MUNGUIA, in his
10   separate capacity, WASHINGTON
     EXPORT, LLC, and U.S. EXPORT, LLC,
11
                 Plaintiffs,
12
            v.
13
     YARTO INTERNATIONAL GROUP, L.P.,  a
14   Texas Limited Partnership, YARTO
     INTERNATIONAL TRADING COMPANY,
15   L.P., a Texas Limited Partnership,
     ROBERT YARTO, in his separate
16   capacity, and STEVE WINKLER, in his
     separate capacity,
17
                 Defendants.
18   _____

19
     YARTO INTERNATIONAL GROUP, L.P.,
20   YARTO INTERNATIONAL TRADING
     COMPANY, L.P., ROBERT YARTO and
21   STEVE WINKLER,

22               Plaintiffs,

23          v.

24   WASHINGTON EXPORT, LLC, et al.,

25               Defendants.

26
```

ORDER CONSOLIDATING CASES AND AMENDING CAPTION - 1

**THIS MATTER** having come before the Court based upon the parties' stipulated motion to consolidate; Now, therefore

**IT IS HEREBY ORDERED:**

1. The parties' motions to consolidate (Ct. Rec. 31 in CV-07-3006-FVS; Ct. Rec. 68 in CV-07-3007-FVS; and Ct. Rec. 45 in CV-07-3062-FVS) are **GRANTED.**

2. Henceforth, all pleadings and papers shall be filed in CV-07-3006-FVS.  No pleading or paper shall be filed in CV-07-3007-FVS or CV-07-3062-FVS.

3.  The District Court Executive shall add the parties from CV-07-3007-FVS and CV-07-3062 to CV-07-3006-FVS as set forth in the caption of this order.

4.  The District Court Executive is directed to **CLOSE CV-07-3007-FVS and CV-07-3062-FVS.**

**IT IS SO ORDERED.**   The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___19th___ day of October, 2007.

                         s/ Fred Van Sickle
                           Fred Van Sickle
                  United States District Judge