```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON


11 R SALES, INC., a Washington
corporation,

                Plaintiff,              No.  CV-07-3006-FVS

     v.

ROBERT YARTO, STEVE WINKLER, and        ORDER
YARTO INTERNATIONAL GROUP, L.P.,

                Defendants.

JEFF LUBLIN, in his separate
capacity, JAVIER MUNGUIA, in his
separate capacity, WASHINGTON
EXPORT, LLC, and U.S. EXPORT, LLC,

                Plaintiffs,

     v.

YARTO INTERNATIONAL GROUP, L.P.,  a
Texas Limited Partnership, YARTO
INTERNATIONAL TRADING COMPANY,
L.P., a Texas Limited Partnership,
ROBERT YARTO, in his separate
capacity, and STEVE WINKLER, in his
separate capacity,

                Defendants.

YARTO INTERNATIONAL GROUP, L.P.,
YARTO INTERNATIONAL TRADING
COMPANY, L.P., ROBERT YARTO and
STEVE WINKLER,

                Plaintiffs,

     v.

WASHINGTON EXPORT, LLC, et al.,

                Defendants.
```

ORDER - 1

**THE COURT** having been advised the parties have settled their differences; Now, therefore

**IT IS HEREBY ORDERED:**

1. The Court's order of December 11, 2008 **(Ct. Rec. 227) is vacated.**

2. The plaintiffs' motion to compel **(Ct. Rec. 198)** is denied as moot.

3. The plaintiffs' motion for summary judgment **(Ct. Rec. 214) is denied as moot.**

4. The plaintiffs' motion for summary judgment **(Ct. Rec. 217) is denied as moot.**

5. The plaintiffs' motion for attorney's fees and costs **(Ct. Rec. 241) is denied as moot.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___9th___ day of January, 2009.

>     s/ Fred Van Sickle
>       Fred Van Sickle
> United States District Judge

ORDER - 2